**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Action No. 92-cr-00403-WJM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SEAN ASHLEY,

        Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

---

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release filed on June 7, 2013, (ECF No. 58). This Court entered an Order on June 25, 2013, (ECF No. 60) directing the probation officer and the United States to provide their responses to Defendant's motion. The responses to the motion were submitted to the Court on July 1, 2013, and June 28, 2013, (ECF Nos. 61 and 62). The Court having reviewed the motion and the record hereby ORDERS as follows:

The Defendant's Motion is GRANTED. Defendant Sean Ashley is hereby DISCHARGED from supervised release and the proceedings in this case are terminated.

Dated this 11th day of July, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge